IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BOARD OF EDUCATION OF
ALBUQUERQUE PUBLIC SCHOOLS,

    Plaintiff,

v.                                                                                          16-cv-1082 WJ/WPL

ROLANDA MAEZ and RICHARD
MONDRAGON, on behalf of M.M.,

    Defendant.

### ORDER SETTING DEADLINE TO SUBMIT BRIEFS-IN-CHIEF

At a telephonic scheduling conference held on November 29, 2016, the parties agreed that discovery is not necessary in this case. Instead, the parties agreed to a deadline to submit their briefs-in-chief. By agreement of the parties and the Court, the parties will file their respective briefs-in-chief no later than **March 31, 2017**.

    IT IS SO ORDERED.

    _____
    William P. Lynch
    United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.